**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6501**

_____

JABBAR J. STRAWS, a/k/a Jabbar Jomo Straws,

      Plaintiff – Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; WILLIAM R. BYARS, JR., Director of the South Carolina Department of Corrections, in his individual capacity,

      Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Bruce H. Hendricks, District Judge. (5:13-cv-01802-BHH)

_____

Submitted: August 27, 2015      Decided: September 1, 2015

_____

Before GREGORY and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jabbar Jomo Straws, Appellant Pro Se. Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar J. Straws appeals the district court's order accepting the recommendation of the magistrate judge, granting summary judgment to defendants and dismissing without prejudice this action filed under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Straws v. South Carolina Dep't of Corr., No. 5:13-cv-01802-BHH (D.S.C. Mar. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED